| | |
|---|---|
| United States District Court | DISTRICT of ARIZONA |
| United States of America<br>v.<br>**Corey Wesley Davis**<br>DOB: xx-xx-1978; United States Citizen; ss#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 | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>09-08434M |
| Complaint for violation of Title 8 | United States Code §§ 1324(a)(1)(A)(ii)<br>1324(a)(1)(B)(i) |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about July 1, 2009, at or near Three Points, in the District of Arizona, **Corey Wesley Davis**, knowing and in reckless disregard of the fact that illegal aliens, including Adrian Hernandez-Rodriguez and Primitivo Tegan-Hernandez, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about July 1, 2009, at or near Three Points, Arizona, Border Patrol Agents encountered a vehicle being driven by the defendant, **Corey Wesley Davis**. Inside the vehicle were fourteen other individuals. All of the individuals admitted that they were not citizens or nationals of the United States and that they did not have permission to be in the United States legally. Material witnesses Adrian Hernandez-Rodriguez and Primitivo Tegan-Hernandez were inside the vehicle. Both material witnesses stated they had made arrangements in Mexico to be smuggled into the United States. They were going to pay an unknown amount of money upon arrival to their final destination. After *Miranda* warnings, the defendant, **Corey Wesley Davis**, invoked his right to legal representation and opted to remain silent.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**
Adrian Hernandez-Rodriguez and Primitivo Tegan Hernandez.

| | |
|---|---|
| **Detention Requested**<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY: AUSA SKC | SIGNATURE OF COMPLAINANT<br>(official title)<br><br>OFFICIAL TITLE<br>Senior Agent, US Border Patrol |
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 2, 2009 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54